IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

REBECCA F. HAYNIE,            *
                              *
        Plaintiff,            *
                              *
    v.                        *        CV 111-124
                              *
MICHAEL J. ASTRUE,            *
Commissioner of Social        *
Security,                     *
                              *
        Defendant.            *

---

**O R D E R**

---

Presently pending before the Court is the Government's Motion to Remand. (Doc. no. 21.) On August 11, 2011, Plaintiff filed suit in this Court pursuant to 42 U.S.C. § 405(g) seeking review of a decision of the Commissioner of Social Security that denied her application for Social Security Disability Benefits. (Doc. no. 1.) The government has now indicated that the appropriate action in this case should be the reversal of the decision of the Commissioner and the remand of the case to the Commissioner for further proceedings.

Under sentence four of 42 U.S.C. § 405(g), the Court has the power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the [Commissioner], with or without remanding the cause for rehearing." See Melkonyan v. Sullivan, 501 U.S. 89,

98 (1991). Therefore, pursuant to this provision, and in light of the government's request to remand this action for further consideration by an administrative law judge ("ALJ"), this case should be remanded. On remand, the Appeals Council will remand the case to an ALJ for further consideration of Dr. Moore's opinion and further evaluation of Plaintiff's residual functional capacity. Moreover, if necessary, the ALJ will hold a new hearing, obtain vocational expert testimony, and consider all the medical evidence before issuing a new decision.

Based on the foregoing, the Government's motion (doc. no. 21) is **GRANTED**. The Commissioner's decision is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and this action is **REMANDED** to the Commissioner for further proceedings. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 1st day of August, 2012.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA